

# Fourth Court of Appeals
## San Antonio, Texas

July 9, 2021

No. 04-21-00068-CR

Albert Araiza **GARCIA,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR0541
The Honorable Velia J. Meza, Judge Presiding

# O R D E R

Appellant's brief was originally due May 12, 2021. On June 3, 2021, this court issued an order directing appellant's appointed counsel, Mr. Michael J. Sawyer, to file, no later than June 14, 2021, a response stating a reasonable explanation for failing to timely file the brief and demonstrate the steps being taken to remedy the deficiency. Our order cautioned Mr. Sawyer that if he failed to file an adequate response by June 14, 2021, this appeal would be abated to the trial court for an abandonment hearing, and the trial court would be asked to consider whether sanctions are appropriate. Tex. R. App. P. 38.8(b)(2). Because we received no response, on June 17, 2021, we abated this case to the trial court and ordered the trial court to conduct a hearing to answer the following questions:

(1) Does appellant desire to prosecute his appeal?

(2) Is appellant indigent? If appellant is indigent, the trial court shall take such measures as may be necessary to assure the effective assistance of counsel, which may include the appointment of new counsel.

(3) Has appointed or retained counsel abandoned the appeal? Because sanctions may be necessary, the trial court should address this issue even if new counsel is retained or substituted before the date of the hearing.

The record from the abandonment hearing is due in this court on July 19, 2021.

On July 6, 2021, appellant filed a pro se letter asking questions about his appeal and a pro se letter stating he wanted to withdraw his appeal. On that same date, Mr. Vikash Bhakta filed a Notice of Appearance stating he had been appointed to represent appellant on appeal.

Because appellant is represented by counsel, the clerk of this court is directed to send to Mr. Bhakta copies of appellant's two pro se filings, if it has not already done so.

Mr. Bhakta is ORDERED to file in this court, **no later than July 19, 2021**, either (1) a motion to dismiss this appeal that complies fully with Texas Rule of Appellate Procedure 42.2(a) or (2) an explanation of why appellant's appeal should not be dismissed.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of July, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court